THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Randy Johnson #2,       
Appellant.
 
 
 

Appeal From Florence County
B. Hicks Harwell, Jr., Circuit Court Judge

Unpublished Opinion No. 2003-UP-627
Submitted August 20, 2003  Filed 
 October 22, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal 
 Counsel Tommy Evans, Jr., and Legal Counsel J. Benjamin Aplin, all of South 
 Carolina Department of Probation, Parole & Pardon Services, of Columbia, 
 for Respondent.
 
 
 

PER CURIAM:  Randy Johnson appeals the revocation of his probationary 
 sentence.  Initially, Johnson had been sentenced to ten years, suspended upon 
 the service of five years probation, for aggravated assault and battery, and 
 ten years, suspended upon the service of five years probation for shoplifting, 
 fourth offense.  Thereafter, Johnsons probation was revoked due to violations.  
 In regard to Johnsons sentence, the judge ruled: [B]oth of them are revoked 
 to run concurrent, suspended upon the service of five (5) years.  Johnsons 
 appellate counsel filed a brief pursuant to Anders v. California, 386 
 U.S. 738 (1967).  Counsel additionally submitted a petition to be relieved from 
 representation, asserting there are no directly appealable issues of arguable 
 merit.  Johnson did not file a pro se response with the Court.
After a review of the record pursuant to Anders and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal 
 and grant counsels petition to be relieved. 
 [1] 
 APPEAL DISMISSED.
 HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1] 
 We decide this case without oral argument pursuant to Rule 215, SCACR.